Case 3:25-bk-00215-JAB   Doc 23   Filed 02/05/25   Page 1 of 2



# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/05/2025 01:30 PM

COURTROOM   4C, 4th Floor

**HONORABLE JACOB BROWN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **3:25-bk-00215-JAB** | 11 | **01/23/2025** |

**Chapter 11**

**DEBTOR:**     Gamechest, LLC

**DEBTOR ATTY:**  Thomas Adam

**TRUSTEE:**     Aaron Cohen

**HEARING:**

1. Initial Status Conference
-Chapter 11 Case Management Summary Filed by Thomas C Adam on behalf of Debtor Gamechest, LLC. Doc 15
2. Preliminary Hearing on Emergency Motion to Use Cash Collateral Filed by Thomas C Adam on behalf of Debtor Gamechest, LLC Doc 7
-Notice of Filing Tax Return Filed by Thomas C Adam on behalf of Debtor Gamechest, LLC. Doc 6
3. Preliminary Hearing on Emergency Motion for Turnover of Property, specifically: Receivables and Product Inventory Filed by Thomas C Adam on behalf of Debtor Gamechest, LLC Doc 8
-Declaration of Hoanglong Ly in Support of Chapter 11 Petition and First-Day Motions Filed by Thomas C Adam on behalf of Debtor Gamechest, LLC. Doc 17

Note:
-Meeting of Creditors Scheduled for February 26, 2025 @ 11:00 a.m.
-Chapter 11 Subchapter V Plan of Reorganization due on or before April 23, 2025

**APPEARANCES::**   Tom Adam: Attorney for Debtor; Hoanglong Ly: Debtor Representative; Aaron Cohen: Subchapter V Trustee; Jill Kelso: United States Trustee

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. Initial Status Conference

  Held and continued to March 4, 2025 @ 1:30 p.m. AOCNFN

-Chapter 11 Case Management Summary Filed by Thomas C Adam on behalf of Debtor Gamechest, LLC. Doc 15

2. Preliminary Hearing on Emergency Motion to Use Cash Collateral Filed by Thomas C Adam on behalf of Debtor Gamechest,

Case Number 3:25-bk-00215-JAB          Chapter 11

LLC Doc 7

  Granted on an interim basis (terms stated on the record) continued hearing scheduled for 1:30 p.m. Order Adam

-Notice of Filing Tax Return Filed by Thomas C Adam on behalf of Debtor Gamechest, LLC. Doc 6

3. Preliminary Hearing on Emergency Motion for Turnover of Property, specifically: Receivables and Product Inventory Filed by Thomas C Adam on behalf of Debtor Gamechest, LLC Doc 8

  Set one hour trial February 26, 2025 @ 1:30 p.m. Order Chambers

-Declaration of Hoanglong Ly in Support of Chapter 11 Petition and First-Day Motions Filed by Thomas C Adam on behalf of Debtor Gamechest, LLC. Doc 17

Note:

-Meeting of Creditors Scheduled for February 26, 2025 @ 11:00 a.m.

-Chapter 11 Subchapter V Plan of Reorganization due on or before April 23, 2025
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.